

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2014

No. 04-14-00392-CR

Billy Bob **OPPELT**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR5849
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel sent copies of the brief and motion to withdraw to appellant, Billy Bob Oppelt, and explained to Oppelt his rights to review the record, file a pro se brief, and file a pro se petition for discretionary review if this court determines the appeal is frivolous. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). In addition, counsel's letter advised appellant to immediately file a motion in this court if he wished to review the appellate record, and counsel enclosed a form motion for this purpose. *See id.*

No timely request for the record has been filed in this court. If appellant desires to file a *pro se* brief, we **order** that he do so by **January 12, 2015**.

The State has filed a notice waiving its right to file a brief in this case unless appellant files a *pro se* brief. If appellant files a timely *pro se* brief, the State may file a responsive brief no later than thirty days after appellant's *pro se* brief is filed in this court.

We further **order** the motion to withdraw filed by appellant's counsel is held in abeyance pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82, 109 S. Ct. 346, 102 L. Ed.2d 300 (1988) (holding that a motion to withdraw should not be ruled on before appellate court independently reviews the record to determine whether counsel's evaluation that the appeal is frivolous is sound); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008) (same). Accordingly, no new attorney will be appointed for appellant at this time.

We **order** the clerk of this court to serve a copy of this order on appellant, his counsel, the attorney for the State, and the clerk of the trial court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court